NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN L. VIEGAS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7075

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0568, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

John L. Viegas moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Linda E. Blauhut, Esq.
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK